1   The Law Offices of JUDITH S. LELAND
    A Professional Law Corporation
2   8345 E. Firestone Blvd., Suite 300
    Downey, CA 90241
3   (562) 904-6955 (562) 904-6965 Fax
    JUDITH S. LELAND (State Bar No: 63747)
4   E-mail: tracey@disabilitylawfirm.com

5   Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN  DIVISION

11  MORRIS HARRIS,                    )   CIVIL NO. EDCV 11-507-GHK (DTB)
                                      )
12       Plaintiff,                   )   [PROPOSED] ORDER AWARDING
                                      )   EQUAL ACCESS TO JUSTICE ACT
13       v.                           )   ATTORNEY FEES PURSUANT TO
                                      )   28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
15                                    )
                                      )
16       Defendant.                   )
    _____  )

17

18          Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND SEVEN

20  HUNDRED AND FIFTY DOLLARS ($3,750.00), as authorized by 28 U.S.C. § 2412(d), be

21  awarded subject to the terms of the Stipulation.

22

23

24  Dated: February 14, 2013       _____
                                    DAVID T. BRISTOW
25                                  UNITED STATES MAGISTRATE JUDGE

26

27

28